# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PAM R. CHISUM**                                                                    **PLAINTIFF**

**v.**                 **CASE NO. 4:08CV00628 JMM/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                        **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the objections received from the parties, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 22nd day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE