**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PAM R. CHISUM**                                                                                    **PLAINTIFF**

**v.**                               **CASE NO. 4:08CV00628 JMM/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                              **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 22nd day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE